SEALED

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

FEB 1 9 2010

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:10MJ22 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| CANDIDO TADEO, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Nebraska hereby dismisses without prejudice with regard to Defendant, CANDIDO TADEO, in the Complaint in 8:10MJ22.

2/19/10

BY THE COURT

_____
THOMAS D. THALKEN, MAGISTRATE
UNITED STATES DISTRICT COURT